UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX OGOLENKO and TANYA OGOLENKO,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC MORTGAGE CORPORATION, GREENPOINT MORTGAGE FUNDING, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CAL-WESTERN RECONVEYANCE CORPORATION, AMERICAN CAPITAL FINANCIAL SERVICES, INC., RODDY WONG, LIDIYA SITARUK, and DOES 1-20 inclusive,<br><br>Defendants. | No. 2:09 CV-01190-GEB-KJM<br><br>Honorable Garland E. Burrell, Jr.<br><br>**ORDER EXTENDING TIME FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO FILE RESPONSIVE PLEADING TO THE COMPLAINT**<br><br>Compl. Filed:           May 1, 2009<br>Current Response Date: July 7, 2009<br>New Response Date:     July 24, 2009 |

The Court, having reviewed and considered the parties' Stipulation To Further Extend Time For Defendant GreenPoint Mortgage Funding, Inc. To File Responsive Pleading To The Complaint, and good cause appearing therefore, hereby orders that the time for Defendant GreenPoint to respond to Plaintiffs Alex Ogolenko and Tayna Ogolenko's Complaint be extended from July 7, 2009 to July 24, 2009.

**IT IS SO ORDERED**.

DATED:6/30/09

_____
The Honorable Garland E. Burrell, Jr.
Judge of the United States District Court

No. 2:09 CV-01190-GEB-KJM                – 1 –

[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.  TO FILE RESPONSIVE PLEADING